1  SEDGWICK LLP
   MARK J. HANCOCK  Bar No. 160662
2  *mark.hancock@sedgwicklaw.com*
   REBECCA A. HULL  Bar No. 99802
3  *rebecca.hull@sedgwicklaw.com*
   333 Bush Street, 30th Floor
4  San Francisco, CA 94104-2834
   Telephone:    415.781.7900
5  Facsimile:    415.781.2635

6  Attorneys for Defendants
   METROPOLITAN LIFE INSURANCE
7  COMPANY and THE KAISER PERMANENTE
   FLEXIBLE BENEFITS PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| REGINA SMITH, an Individual, | Case No. 3:15-cv-03120 LB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC., in its capacity as Plan Administrator and fiduciary of the Kaiser Permanente Flexible Benefits Plan, and METROPOLITAN LIFE INSURANCE COMPANY, in its capacity as ERISA-fiduciary claims administrator and insurer of the Kaiser Permanente Flexible Benefits Plan, and THE KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, an ERISA-regulated Welfare Plan, | |
| Defendants. | |

81988951v1

-1-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  September 11, 2015     CREITZ & SEREBIN LLP


By: /s/ Joseph Creitz
    Joseph Creitz
    Attorneys for Plaintiff
    REGINA SMITH

DATED:  September 11, 2015     SEYFARTH SHAW LLP


By: /s/ Michelle Scannell
    Michelle Scannell
    Attorneys for Defendant
    KAISER FOUNDATION HEALTH PLAN, INC.

DATED:  September 11, 2015     SEDGWICK LLP


By: /s/ Mark J. Hancock
    Mark J. Hancock
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE COMPANY and
    THE KAISER PERMANENTE FLEXIBLE BENEFITS
    PLAN

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff and counsel for Defendant Kaiser Foundation Health Plan, Inc.

DATED: September 11, 2015     SEDGWICK LLP

By: */s/ Mark J. Hancock*
Mark J. Hancock
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
THE KAISER PERMANENTE FLEXIBLE BENEFITS PLAN

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action is dismissed in its entirety with prejudice. Each party to bear its own fees and costs.

DATED: September 11, 2015

By: _____
HONORABLE LAUREL BEELER

81988951v1
-3-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE